FILED
ASHEVILLE, N.C.

DEC - 4 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:07CR69-17-TSE |
| vs. | |
| RONNIE EUGENE DAVIS | |

## ORDER TO DISMISS

Upon the motion of the United States of America, the Court hereby orders that the Bill of Indictment in this matter be dismissed without prejudice.

SO ORDERED, this the __4th__ day of December, 2007.

T. S. ELLIS, III
UNITED STATES DISTRICT JUDGE